IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KARL MARTIN and DOROTHY MARTIN,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY<br><br>Defendant. | CIVIL ACTION<br><br>NO. 21-4360 |
|---|---|

## ORDER

**AND NOW**, this 20th day of March, 2023, it is hereby **ORDERED** that:

1. The Defendant's Motion for Partial Summary Judgment is **GRANTED** as to the validity of the Plaintiffs' electronic signatures on the limited tort coverage form and the rejection of stacking form; and

2. The Defendant's Motion for Partial Summary Judgment is **DENIED** as to the Plaintiffs' claim of statutory bad faith.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON, U.S.D.J.**